LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29625

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CHRISTOPHER A. PHANPRADITH, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 06-1-0310)

2010 MAR 19 AM 7:57 FILED

SUMMARY DISPOSITION ORDER
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Defendant-Appellant Christopher A. Phanpradith
(Phanpradith) appeals from the Judgment of Conviction and
Sentence filed on January 20, 2009 in the Circuit Court of the
First Circuit (circuit court).[1] A jury convicted Phanpradith of
one count of Sexual Assault in the First Degree, in violation of
Hawaii Revised Statutes (HRS) § 707-730 (Supp. 2005) and two
counts of Sexual Assault in the Third Degree, in violation of HRS
§ 707-732 (Supp. 2008).

On appeal, Phanpradith contends that (1) with respect
to the charge of Sexual Assault in the First Degree, the circuit
court erred by not instructing the jury on the included offense
of Sexual Assault in the Third Degree and (2) there was
insufficient evidence to convict him.

Upon careful review of the record and the briefs
submitted by the parties and having given due consideration to
the arguments advanced and the issues raised by the parties, we
resolve Phanpradith's points of error as follows:

(1)    Even if the circuit court erred by failing to
instruct the jury on Sexual Assault in the Third Degree, it was
harmless error because the jury convicted Phanpradith of a

---

[1]    The Honorable Steven S. Alm presided.

greater offense. State v. Haanio, 94 Hawaiʻi 405, 415-16, 16 P.3d 246, 256-57 (2001).

(2) Considering the evidence adduced at trial in the strongest light in favor of the prosecution, there was substantial evidence of each element of sufficient quality and probative value to enable a person of reasonable caution to support a conclusion that Phanpradith was guilty of one count of Sexual Assault in the First Degree and two counts of Sexual Assault in the Third Degree. State v. Richie, 88 Hawaiʻi 19, 33, 960 P.2d 1227, 1241 (1998). This court will not set aside verdicts based on conflicting evidence where there is substantial evidence to support the jury's findings. State v. Mattiello, 90 Hawaiʻi 255, 259, 978 P.2d 693, 697 (1999).

Therefore,

The Judgment of Conviction and Sentence filed on January 20, 2009 in the Circuit Court of the First Circuit is affirmed.

DATED: Honolulu, Hawaiʻi, March 19, 2010.

On the briefs:

Dean K. Young
for Defendant-Appellant.

James M. Anderson,
Deputy Prosecuting Attorney,
City and County of Honolulu,
for Plaintiff-Appellee.

Chief Judge

Associate Judge

Associate Judge

2